U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 31 2014
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE CIRCUIT COURT OF BENTON COUNTY BENTONVILLE, ARKANSAS

Angela Nails,
    Plaintiff,
Vs.                                          Case Number 14-5239

Wal-Mart Shopping Stores,
    Defendant,

## ORGINAL PETITION

    I am the Plaintiff filing the complaint Angela Nails. I am a United States Citizen who is 53 years old. I am filing the legal action against the Defendant because the Defendant has not corrected problems the Plaintiff has been having while the Plaintiff is a shopper at Wal-Mart shopping stores in stores in the United States.

    During the years 2012 and the year 2013 there has been problems with Wal-Mart employees. The year 2012 the Plaintiff had a accident inside the Wal-Mart store resulting with a injury to the Plaintiff right side lower back because a Wal-Mart employee pushed the Plaintiff shopping back onto the floor and the Plaintiff item rolled onto the store floor and the Plaintiff stood up with the Plaintiff left leg up reaching down and the Plaintiff picked up the food item the Plaintiff strain the Plaintiff lower back.

    The Plaintiff has called the Wal-Mart toll free telephone number making complaints against the lower Wal-Mart employees and managers working for Wal-Mart. Again in the year of 2012 a customer service employee working for Wal-Mart called the Plaintiff a curse word. The police was called and store management was told about the employee behavior.

The problem cause embarrassment and harassment from the other Wal-Mart employees after the Customer Service employee behavior was known threw out the Wal-Mart store were the employee called me a curse name. I have asked for the managers of the stores to call me. The manager does not contact me. I have called back to the toll free number many times because of no call back form the store management of Wal-Mart Stores. I have requested compensation when calling the Wal-Mart toll free number.

## DAMAGES SOUGHT

The Plaintiff is seeking damages because of the kind of problems with Wal-Mart management and lower Wal-Mart employees. The problems the Defendant has been creating the damages are warranted for the Defendant to pay out to the Plaintiff. The damages the Plaintiff is seeking is for the mental distress because of how the Wal-Mart employees have not taken my complaint seriously, the medical treatment the Plaintiff has seeking and compensation for damages civil rights violation 42 discrimination against color. The Plaintiff seeks damages in the amount of $200,000.00 dollars for the harassment, the Defendant meanful understanding to do harm to the Plaintiff during each problem the Plaintiff is having while being a Wal-Mart shopper who spends most of the income the Plaintiff makes at Wal-Mart stores, the Plaintiff has been embarrassed during the problems being handled by management because of the behavior of loudly talking to the Plaintiff around the other Wal-Mart customer displaying to the Plaintiff in front of the shopper the problem is the Plaintiff problem and Wal-Mart is not responsible for the problems the Plaintiff is having with shopping as a Wal-Mart shopper and receiving the proper assistant form Wal-Mart employees.

## JURY TRAIL

The Plaintiff is asking for a Jury trail.

## MEDIATION BY TELEPHONE

The Plaintiff is asking the court to ask the Defendant to mediate before coming before the court.

_____
*Angela Nails*
ANGELA NAILS

## PROFF OF SERVICE

The Plaintiff used United State mail service on ~~February 28, 2014~~ 7/24/14 to mail the Plaintiff Original Petition to the Court.

*Angela Nails*
ANGELA NAILS

15406 Bellaire Ave #M
Grandview, Missouri 64030
~~Post Office Box 172178~~
~~Kansas City, Kansas 66117~~
(913) 240-2571 Contact Number

SERVICE ADDRESS

Wal-Mart Shopping Stores 702 South West 8th Street Bentonville, Arkansas 72716-8611.

_Angela Nails_
_____
ANGELA NAILS

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
DIVISION 4

Angela Nails,
   Plaintiff,                    Case #
VS.
Wal-Mart Stores et al
   Defendant(s),

MOTION SET TELEPHONE HEARING

The Plaintiff is now in the receipt of a hearing notice. The Plaintiff did not receive a hearing notice. If the Plaintiff would have the Plaintiff would have ask for a telephone hearing because the Plaintiff is an out of State

Plaintiff. And would have ask for a telephone hearing. The Plaintiff is asking for another hearing date to be set on the Court allow a telephone hearing to determine the Plaintiff IFP Status. The Plaintiff # is (913) 240-2571

*Angela Nails* - Angela Nails
ANGELA NAILS

PROFF OF SERVICE

The Plaintiff used United States mail on ~~4/9/14~~ 7/24/14 TO mail The Plaintiff motion.

The Plaintiff MOTION SET TELEPHONE HEARING

_Angela Nails_ – Angela Nails
ANGELA NAILS