IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANGELA NAILS                                                                                    PLAINTIFF

      v.                              Civil No. 14-5239

WAL-MART STORES, INC.                                                             DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this case on July 31, 2014, asserting jurisdiction by virtue of diversity of citizenship. Plaintiff was directed (Doc. 3) to file an amended complaint by order entered on July 31, 2014. She was given detailed instructions on what she must include in her amended complaint. She failed to file the amended complaint and a show cause order (Doc. 6) was entered on November 5, 2014. Plaintiff filed her amended complaint (Doc. 10) on February 4, 2015.

Plaintiff claims to have been injured at a Wal-Mart Store on an unspecified date when she attempted to pick up items she had paid for that a Wal-Mart employee had caused to fall to the floor. She asserts the Court has jurisdiction over this action because of diversity of citizenship and because she was discriminated against based on her race. Plaintiff is a citizen of the State of Missouri. Wal-Mart Stores, Inc. has its principal place of business in Arkansas. Plaintiff claims damages in the amount of $75,000. Diversity of jurisdiction therefore exists. It also appears that Plaintiff is asserting a race discrimination case under 42 U.S.C. § 1981. The Court has subject matter jurisdiction over this case.

However, this case is identical to Civil No. 14-5240. An order of service was entered in Civil No. 14-4240 on April 29, 2015. This case should be dismissed as it is identical.

-1-

AO72A
(Rev. 8/82)

For the reasons stated, I recommend that this case be dismissed as duplicative of Civil No. 14-5240.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 30th day of April 2015.

>    /s/ *Erin L. Setser*
>    HON. ERIN L. SETSER
>    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)