U.S. DISTRICT COURT WESTERN
DISTRICT OF ARKANSAS

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 07 2015
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

Angela Nails,
    Plaintiff,
VS.                    Case Number 14 CV-05239
Wal-Mart Stores Inc etal,

## NOTICE OF APPEAL

The Plaintiff is appealing The Courts order dated 9/30/15. Order denying motion to Extend time to file Appeal

Angela Nails
ANGELA NAILS

# NOTICE OF SERVICE

The Plaintiff used United States Mail Service on 10/3/15 to mail the Plaintiff Notice to Appeal To the U.S. District Court Western District of Arkansas located at

Angela Nails
Angela Nails

Angela Nails
22435 Dix Toledo Road Unit
Brownstown MI 48183

U.S. District Court
35 E. Mountain St.
Fayetteville, AR 72701

METROPLEX MI 480
03 OCT 2015 PM 5 L